# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 1, 2024

## NO. 03-23-00405-CR

**Daniel Carcamo, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 460TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES BAKER, TRIANA, AND KELLY
AFFIRMED; MODIFIED AND, AS MODIFIED, AFFIRMED
OPINION BY JUSTICE BAKER**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no error in the court's judgments for assault and aggravated assault requiring reversal. However, there was error in the judgment and sentence for aggravated assault that requires correction. Therefore, the Court modifies the judgment and sentence for aggravated assault to reflect that appellant was convicted of a second-degree felony, affirms that judgment as modified, and affirms the other judgment of conviction for assault. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.